a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROY JACKSON (#592233),<br>Petitioner | CIVIL ACTION NO. 1:13-CV-2898-P |
| VERSUS | JUDGE WALTER |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 29), and after a de novo review of the record including the objection filed by Petitioner (Doc. 30), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the stay be lifted and the § 2254 petition be DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 19 day of December, 2016.

JUDGE WALTER
UNITED STATES DISTRICT COURT